# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ANN OCHOA,<br>    Plaintiff<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | Case No. 5:15-cv-1813-GJS<br><br>**JUDGMENT** |

Having approved the Stipulation for Voluntary Remand pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ORDERED that Judgment is entered in accordance with the Order of Remand.

DATED: March 15, 2016      _____
                           GAIL J. STANDISH
                           UNITED STATES MAGISTRATE JUDGE