James S. Pi, Calif. Bar No. 188880
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email: fedcourt@binderlawfirm.com

Attorneys for Plaintiff Sara Ann Ochoa

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ANN OCHOA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No.: 5:15-cv-01813-GJS<br><br>~~PROPOSED~~ **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND SEVEN HUNDRED AND TEN DOLLARS AND FORTY SIX CENTS ($3,710.46), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset

1

1 | Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall
2 | be delivered to Plaintiff's counsel.

Dated: May 31, 2016

_____
Gail J. Standish
United States Magistrate Judge